IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRALYNN D. JONES     PLAINTIFF

v.     Civil No. 4:21-cv-04034

WARDEN JEFFIE WALKER and
SHERIFF JACKIE RUNION     DEFENDANTS

**ORDER**

    Plaintiff Tralynn D. Jones filed this 42 U.S.C. § 1983 on April 14, 2021. (ECF No. 1). In response to this Court's order, Plaintiff filed an Amended Complaint on April 23, 2021. (ECF No. 7). Before the Court is a Motion to Preserve Video Footage and a Motion for Subpoena filed by Plaintiff. (ECF Nos. 8, 9). The Court has not yet ordered service on any Defendant and therefore no response is necessary to rule on the motions.

    In his first motion Plaintiff asks the Court to preserve video footage on "201802021 subpoena "video footage 1:00pm to 3:00pm". (ECF No. 8). In the second motion, Plaintiff asks the Court to subpoena grievances "8278736 2-21-21 [and] 8285934 2-23-21". (ECF No. 9).

    Each of Plaintiff's motions are premature because none of the Defendants have been served with the Amended Complaint. In addition, Plaintiff is advised that before seeking assistance from the Court for a subpoena Plaintiff must first attempt to obtain information, documents, and video footage on his own from Defendants.

    Accordingly, Plaintiff's Motion to Preserve Video Footage (ECF No. 8) and Motion to Subpoena (ECF No. 9) are DENIED.

    IT IS SO ORDERED THIS 26th day of April 2021.

                                            /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE